SANDRA R. BROWN
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
JAMES C. HUGHES (Cal. Bar No. 263878)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4961
    Facsimile: (213) 894-0115
    E-mail: james.hughes2@usdoj.gov

Attorneys for Petitioner
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-cv-08983-BRO (RAOx) |
| Petitioner, | ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41 |
| v. | |
| KEVIN JONES, as President of Techguard Insurance Company, Ltd. | |
| Respondent. | |

Pursuant to the stipulation to voluntary dismissal filed by the parties in this case:

IT IS HEREBY ORDERED that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the entire action is hereby DISMISSED, with prejudice.

IT IS SO ORDERED.

DATED: May 19, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge

Respectfully submitted.

SANDRA R. BROWN
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division


_____/S/_____
JAMES C. HUGHES
Assistant United States Attorney

Attorneys for Petitioner
UNITED STATES OF AMERICA